■ DIANNE BERMAN, Also known as DIANNE GRAF, Appellant, v UNITED STATES INDUSTRIES, INC., et al., Respondents.—Order and judgment, Supreme Court, New York County, entered on June 26 and July 15, 1975, unani-

mously affirmed for the reasons stated in the opinion of Grossman, J., and that the respondents recover of the appellant one bill of $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Nunez, JJ.